Compañía Azucarera del Toa, Recurrente, v. El Registrador, Recurrido.

Recurso gubernativo contra resolución del Registrador de la Propiedad de San Juan, Sección 2ª.

No. 147.—Resuelto en junio 19, 1913.

Corporaciones Agrícolas—Inscripción de Más de 500 Cuerdas.—La corporación recurrente presentó en el Registro de la Propiedad de San Juan, Sección 2ª., una escritura de compra de unas 700 cuerdas de tierra que el registrador rehusó inscribir por entender que dicha adquisición constituía una infracción de la sección 3 de la Resolución Conjunta de los Estados Unidos de mayo 1,. 1900, enmendando la Ley Foraker. Se resolvió revocar la resolución del registrador de la propiedad por los fundamentos de la opinión emitida. en el caso No. 123, *Compañía Azucarera de la Carolina* v. *El Registrador de la Propiedad* (pág. 152), pues mientras el gobierno no toma acción en un asunto de esta naturaleza la adquisición a un tiempo de aun más de 500 cuerdas por una corporación agrícola es válida contra todo el mundo.

Los hechos están expresados en la opinión.

Abogados del recurrente: *Sres. Bosch y Soto*.

El Registrador Sr. José Benedicto compareció en nombre propio.

El Juez Asociado Sr. Wolf emitió la opinión del tribunal.

Los únicos hechos que diferencian a este recurso gubernativo del caso No. 123, seguido por la *Compañía Azucarera de la*

*Carolina* v. *El Registrador de la Propiedad,* (pág. 152), son que
en este caso aparece que el recurrente solicita del registrador
que inscriba de una vez un traspaso que se le hizo de unas
setecientas cuerdas de terreno. Pero una de las principales
razones que tuvimos en dicho caso para revocar la nota del
registrador fué que hasta tanto el Fiscal general no tomara
intervención, o en otras palabras, el gobierno, el título de una
sociedad agrícola era válido contra todo el mundo. Esto
resultó claro no solamente por nuestras propias palabras sino
también por las citas de la Corte Suprema de los Estados Uni-
dos. Por tanto, el hecho de que la corporación resulte estar
adquiriendo una cantidad mayor de quinientas cuerdas de
terreno, no establece diferencia alguna.

Por este fundamento y por otros que han sido expresados
en el mencionado caso No. 123 de la *Compañía Azucarera de
la Carolina* v. *El Registrador,* debe revocarse la nota re-
currida.

*Revocada.*

Jueces concurrentes: Sr. Presidente Hernández y Aso-
ciados del Toro y Aldrey.

El Juez Asociado Sr. MacLeary no tomó parte en la reso-
lución de este caso.